IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES JOHNSON**                                                                         **PLAINTIFF**

V.                  CASE NO. 3:19-CV-289-DPM-BD

**DALE COOK,** *et al*.                                                   **DEFENDANTS**

## ORDER

Plaintiff James Johnson, an inmate at the Mississippi County Detention Facility, has stated claims against Defendants Cook, McCulome, and Harris for alleged unconstitutional conditions of confinement. Service of process is now appropriate.

The Clerk of Court is directed to prepare summonses for these Defendants. The Marshal is directed to serve copies of the complaint, with any attachments (#2), and summonses for the Defendants, without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Mississippi County Detention Facility, 685 NCR 599, Luxora, Arkansas 72358.

IT IS SO ORDERED, this 7th day of November, 2019.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE