IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES JOHNSON                                                             PLAINTIFF

V.                      CASE NO. 3:19-CV-289-LPR-BD

DALE COOK, *et al.*                                              DEFENDANTS

## ORDER

Mr. Johnson has filed papers asking the Court to explain the manner in which summonses are issued in prisoner cases. (Docket entry #10) In this case the Court issued summonses for the named Defendants on November 7, 2019. Defendants were served and have now filed their answers to the complaint. (#8)

The Clerk is instructed to terminate the pending motion (#10), this 16th day of December, 2019.

                                                                                      _____
                                                                             UNITED STATES MAGISTRATE JUDGE