IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES JOHNSON**                                                                      **PLAINTIFF**

**V.**                             **CASE NO. 3:19-CV-289-BD**

**DALE COOK,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE